# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CATHERINE KOLCZYNSKI,**
                **Plaintiff,**

**-vs-**                                                   **Case No. 6:04-cv-716-Orl-18KRS**

**UNITED SPACE ALLIANCE, LLC,**
**LOCKHEED MARTIN CORPORATION,**
**THE BOEING COMPANY,**
                **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEYS' FEES BY DEFENDANT LOCKHEED MARTIN AND BOEING (Doc. No. 73)** |
| **FILED:** | **October 10, 2005** |

Defendants Lockheed Martin Corporation and The Boeing Company seek an award of attorneys' fees for work performed defending state-law causes of action under Florida's offer-of-judgment statute. Neither party has addressed whether the Florida offer-of-judgment statute impermissibly conflicts with the federal offer-of-judgment rule, Fed. R. Civ. P. 68, in the case of a prevailing defendant. *See, e.g.,* 12 Charles Alan Wright, Arthur R. Miller & Richard L. Marcus, § 3001.2 (2d ed. 1997) ("At least with offers by defendants, it would seem that state provisions similar to Rule 68 should be found to conflict with the rule."); *see also Yossifon v. City of Cocoa Beach, Florida,* Case No. 6:02-cv-6-Orl-28KRS, doc. no. 297 (M.D. Fla., Jan. 18, 2006).

Accordingly, it is **ORDERED** that, on or before March 17, 2006, the parties may submit supplemental memoranda of law, not to exceed twenty pages each, addressing the question of whether the Florida offer-of-judgment cannot apply in this case because using it would permit the defendants to recover attorneys' fees to which they would not be entitled under the federal offer-of-judgment rule.

**DONE** and **ORDERED** in Orlando, Florida on February 28, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties