**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CATHERINE KOLCZYNSKI,**
          **Plaintiff,**

-vs-                                                   **Case No.  6:04-cv-716-Orl-18KRS**

**UNITED SPACE ALLIANCE, LLC,**
**LOCKHEED MARTIN CORPORATION,**
**THE BOEING COMPANY,**
          **Defendants.**

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR ATTORNEYS' FEES BY DEFENDANT UNITED SPACE ALLIANCE (Doc. No. 74)**
>
> **FILED:**     **October 11, 2005**

Defendant United Space Alliance seeks an award of attorneys' fees under Florida's offer-of-judgment statute.  Neither party has addressed whether the Florida offer-of-judgment statute impermissibly conflicts with the federal offer-of-judgment rule, Fed. R. Civ. P. 68, in the case of a prevailing defendant.  *See, e.g.,* 12 Charles Alan Wright, Arthur R. Miller& Richard L. Marcus, § 3001.2 (2d ed. 1997) ("At least with offers by defendants, it would seem that state provisions similar to Rule 68 should be found to conflict with the rule."); *see also Yossifon v. City of Cocoa Beach, Florida,* Case No. 6:02-cv-6-Orl-28KRS, doc. no. 297 (M.D. Fla., Jan. 18, 2006).

Accordingly, it is **ORDERED** that, on or before March 17, 2006, the parties may submit supplemental memoranda of law, not to exceed twenty pages each, addressing the question of whether the Florida offer-of-judgment cannot apply in this case because using it would permit the defendants to recover attorneys' fees to which they would not be entitled under the federal offer-of-judgment rule.

**DONE** and **ORDERED** in Orlando, Florida on February 28, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties