UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CATHERINE KOLCZYNSKI,

    Plaintiff,

-vs-            Case No. 6:04-cv-716-Orl-18KRS

UNITED SPACE ALLIANCE, et al.,

    Defendant.
_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the Motion for Attorneys' Fees by Defendants Lockheed Martin and Boeing (doc. no. 73), Plaintiff Catherine Kolczynski's Response in Opposition to Lockheed Martin Corporation and The Boeing Company's Motion for Attorney's Fees (doc. no. 75), and the supplemental memoranda of law filed by the parties at the Court's request (doc. nos. 80, 81). This matter was referred to me pursuant to 28 U.S.C. § 636(b) for issuance of a report and recommendation.

I.  BACKGROUND.

Plaintiff Catherine Kolczynski sued Defendants United Space Alliance, LLC (USA), Lockheed Martin Corp. (Lockheed), and The Boeing Company (Boeing) in a six-count

1