**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CATHERINE KOLCZYNSKI,**
          Plaintiff,

**-vs-**                                                      **Case No.  6:04-cv-716-Orl-18KRS**

**UNITED SPACE ALLIANCE, LLC,**
**LOCKHEED MARTIN CORPORATION, THE**
**BOEING COMPANY,**
          Defendants.

## **ORDER**

The case was referred to the United States Magistrate Judge for report and recommendation on Defendants' Verified Motion for Assessment of Attorneys' Fees (Doc. No. 97).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.

It is **SO ORDERED** in Orlando, Florida, this 11th day of December, 2006.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge